FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ APR 22 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
NAZMI MUSLIJA,

        Petitioner,

    -against-

WILLIAM A. LEE, Superintendent,
Green Haven Correctional Facility,

        Respondent,
----------------------------------------X

**NOTICE OF APPEAL**
CV-09-4521 (JG)

**10-1585**

**NOTICE IS HEREBY GIVEN**, that Nazmi Muslija, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgemnent of this court (John Gleeson) made on April 8, 2010,. The memorandum and Order of the Honorable John Gleeson, United States District Court Judge dated April 8, 2010, denying petitioner's application for Habeas Corpus relief pursuant to §28 U.S.C.A. §2254 (d), and from each and every part thereof as a whole.

DATED: April 20 2010

Respectfully Submitted

_[signature]_
Nazmi Muslija #00A6721
Petitioner Pro-Se
Green Haven Corr.Fac.
P.O. Box 4000
Stormville, New York
        12582-0010

**Please Note:** Petitioner intends to move the United States Court of Appeals for the Second Circuit for a Certificate of Appealability in papers to be filed in this court. Petitioner therfore asks that this notice of Appeal not to be construed as sucha motion.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK,
_____X
NAZMI MUSLIJA,

            Petitioner,        Certificate of Service
                                        CV-09-4521 (JG)

      -against-

WILLIAM LEE, Superintendent of
Green Haven Correctional Facility

            Respondent,
_____X

Nazmi Muslija, herby certifies under the penalty of perjury that on the 20th day of May 13, 2010, I served by United States mail delivery the within Notice of Appeal, and certificate of Service on the following parties:

Pro Se Clerks Office
United States District Court
Eastern District of New York
United States Courthouse
225-Cadman Plaza East
Brooklyn, New York 11201

District Attorney, Kings County
Office of The District Attorney
350-Jay St
Brooklyn, New York 11201

Ms. Joyce Slevin
Attorney for Respondent

                              Respectfully Submitted,

                              Nazmi Muslija #00A6721
                              Petitioner Pro-Se
                              Green Haven Corr. Fac.
                              P.O. Box 4000
                              Stormville, New York 12582-0010

APPEAL, HABEAS, IFP, MJSELECT-LB, PROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:09-cv-04521-JG
# Internal Use Only

Muslija v. Lee
Assigned to: Judge John Gleeson
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/06/2009
Date Terminated: 04/08/2010
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Nazmi Muslija**　　　　　represented by **Nazmi Muslija**
00A6721
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582
PRO SE

V.

**Respondent**

**William Lee**　　　　　represented by **Joyce Slevin**
Kings County District Attorney Office
350 Jay Street
Brooklyn, NY 11201-2908
(718) 250-2531
Fax: (718) 250-2506
Email: Slevinj@brooklynda.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KINGS COUNTY DISTRICT ATTORNEYS OFFICE - GENERIC**
Kings County District Attorney Office
Email: appealsefile@brooklynda.org
*ATTORNEY TO BE NOTICED*

**NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC**
New York State Attorney Generals Office
Email: alyson.gill@oag.state.ny.us
*TERMINATED: 02/08/2010*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2009 | 1 | PETITION for Writ of Habeas Corpus, filed by Nazmi Muslija. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 10/23/2009) |
| 10/06/2009 |  | (Court only) ***Magistrate Judge Bloom chosen by random selection to handle matters that may be referred in this case., ** Prisoner ProSe Flag Set, ** Case set to IFP status. (Bowens, Priscilla) (Entered: 10/23/2009) |
| 10/23/2009 |  | (Court only) ***Attorney KINGS COUNTY DISTRICT ATTORNEYS OFFICE - GENERIC, NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC for William Lee added. (Latka-Mucha, Wieslawa) (Entered: 10/26/2009) |
| 10/23/2009 | 2 | **ORDER TO SHOW CAUSE**: Petitioner is granted leave to proceed in forma pauperis. The Attorney General of the State of New York, or the District Attorney of **Kings** County, as attorney for respondent, shall show cause before this Court by the filing of a return to the petition, why a writ of habeas corpus should not be issued. On or before **1/25/2010**, respondent shall serve and file his or her opposition papers. Reply papers, if any, shall be served and filed by the petitioner, within 20 days or receipt of the respondent's opposition papers and shall file his or her reply, if any, with the Clerk of this Court. (Ordered by Judge John Gleeson, on 10/23/2009) C/mailed. *(Electronic service upon Respondents, re: # 1 2254 Petition for a Writ of Habeas Corpus)* (Latka-Mucha, Wieslawa) (Entered: 10/26/2009) |
| 01/11/2010 | 3 | Letter *Letter Requesting Extension of Time to File Answer to Habeas Petition* by William Lee (Slevin, Joyce) (Entered: 01/11/2010) |
| 01/12/2010 |  | ORDER: Respondent's motion for an extension of time to answer is granted. Respondent shall file and serve his opposition to the petition by February 8, 2010. Petitioner's reply, if any, shall be filed with the Clerk of this Court within twenty days after receipt of the opposition. A copy of this order will be mailed to petitioner. Ordered by Judge John Gleeson on 1/12/2010. (Gleeson, John) (Entered: 01/12/2010) |
| 02/08/2010 | 4 | RESPONSE TO ORDER TO SHOW CAUSE by William Lee (Slevin, Joyce) (Entered: 02/08/2010) |
| 02/08/2010 |  | (Court only) *** Attorney NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC terminated as per doc.# 4 . (Latka-Mucha, Wieslawa) (Entered: 02/24/2010) |
| 02/09/2010 |  | SCHEDULING ORDER: The respondent is to appear for an Oral Argument scheduled for April 1, 2010 at 10:00 AM in courtroom 6C South before Judge John Gleeson. The Court will have the petitioner available via video conference. Ordered by Judge John Gleeson on 2/9/2010. (Lee, Ilene) (Entered: 02/09/2010) |
| 02/19/2010 | 5 | Letter MOTION for an Extension of Time to File Petitioner's Opposition as |

| | | |
|---|---|---|
| | | the presence of Mr. Vazquez at the conference" etc.; filed by *pro se* Nazmi Muslija & Facility Law Clerk Gordon Vazquez, dated 2/16/2010. (Latka-Mucha, Wieslawa) (Entered: 02/24/2010) |
| 02/25/2010 | 🌑 | ORDER: In accordance with my individual practices, respondent shall serve on Mr. Muslija forthwith copies of any cases cited in its brief available only on Lexis. Mr. Muslija may submit his reply papers twenty days after receiving the Lexis cases. However, because Mr. Vazquez is not an attorney, I am constrained to deny his request to appear at oral argument. The Court will ensure that an Albanian interpreter is present in the courtroom during the oral argument. A copy of this Order will be mailed to petitioner. Ordered by Judge John Gleeson on 2/25/2010. (Gleeson, John) (Entered: 02/25/2010) |
| 03/02/2010 | 🌑 6 | Letter *Letter to Nazmi Muslija enclosing Lexis cases* by William Lee (Slevin, Joyce) (Entered: 03/02/2010) |
| 03/04/2010 | 🌑 | NOTICE of Oral Argument Adjournment due to Court related matters: The new Oral Argument date is set for Wednesday, April 7, 2010 at 10:30 AM in courtroom 6C South before Judge John Gleeson. The Court will have the petitioner available via video conference. (Lee, Ilene) (Entered: 03/04/2010) |
| 03/29/2010 | 🌑 10 | TRAVERSE; filed by *pro se* Nazmi Muslija, dated 3/22/2010. W/Attachments: # 1 Memorandum of Law in Opposition to Respondent's Reply, # 2 Affirmation of Service, dated 3/24/2010. (Latka-Mucha, (Entered: 04/13/2010) |
| 04/05/2010 | 🌑 | (Court only) ***Staff notes: Case file removed from records room to Judge Gleeson's chambers by Paul MacMahon. (MacMahon, Paul) (Entered: 04/05/2010) |
| 04/07/2010 | 🌑 7 | Minute Entry for proceedings held before Judge John Gleeson: Case called. Pro Se Petitioner Nazmi Muslija appears via video conference. Respondents represented by Joyce Slevin, Kings County ADA. Albanian Interpreter Dominique Marini present. Status Conference held on 4/7/2010 in re: Petitioner's Motion for a Writ of Habeas Corpus. The Court's decision is reserved and will be filed via ECF separately with a copy of the decision and today's transcript to be sent to the petitioner. (Court Reporter Gene Rudolph.) (Lee, Ilene) (Entered: 04/08/2010) |
| 04/08/2010 | 🌑 8 | ORDER: Please see the attached memorandum and order dismissing the petition as untimely. Because petitioner has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. Copies of the memorandum and order and the transcript of oral argument will be mailed to petitioner. Ordered by Judge John Gleeson on 4/8/2010. (MacMahon, Paul) (Entered: 04/08/2010) |
| 04/13/2010 | 🌑 9 | JUDGMENT that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is dismissed as untimely; and that a Certificate of Appealability shall not issue. Ordered by Clerk of Court on 4/12/2010. (Greene, Donna) (Entered: 04/13/2010) |

| | | |
|---|---|---|
| | | the docket yesterday, after my order dismissing the petition as untimely. There appearing to be no reason to revisit my decision to dismiss the petition, I will not do so. A copy of this order will be mailed to petitioner. Ordered by Judge John Gleeson on 4/14/2010. (Gleeson, John) (Entered: 04/14/2010) |
| 04/22/2010 | 11 | NOTICE OF APPEAL as to 8 Order Dismissing Case, 9 Clerk's Judgment, by Nazmi Muslija. No fee paid. IFP granted. A Certificate of Appealability denied. Service done via ECF. (McGee, Mary Ann) (Entered: 04/26/2010) |
| 04/26/2010 | | Electronic Index to Record on Appeal sent to US Court of Appeals. For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. 10 Reply in Opposition, 2 Order to Show Cause,,, 7 Status Conference,, 3 Letter, 8 Order Dismissing Case, 1 Petition for Writ of Habeas Corpus, 9 Clerk's Judgment, 4 Response to Order to Show Cause, 5 Motion for Extension of Time to File Response/Reply, 11 Notice of Appeal, 6 Letter (McGee, Mary Ann) (Entered: 04/26/2010) |